# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1618** |
| **CARSON, ET AL.** | **SECTION "R" (1)** |

## ORDER AND REASONS

Before the Court is plaintiff's action for retaliation, defamation, and denial of access to the courts.[1] On September 15, 2025, Magistrate Judge van Meerveld issued a Report & Recommendation (R&R),[2] recommending that the Court dismiss plaintiff's federal civil rights claims without prejudice to prosecution in Civil Action No. 25-649 "T" (2); that her federal civil rights claims for denial of access to courts be dismissed with prejudice; and that her state law claims be dismissed without prejudice. Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983).

The Court finds no clear error. Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion. The Court DISMISSES Washington's federal civil rights claims for retaliation WITHOUT PREJUDICE to

---

[1] R. Doc. 3.
[2] R. Doc. 6.

prosecution in Civil Action No. 25-649. The Court DISMISSES Washington's federal civil rights claims for denial of access to courts WITH PREJUDICE. The Court DISMISSES Washington's state law claims WITHOUT PREJUDICE.

New Orleans, Louisiana, this 30th day of September, 2025.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**